CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 23 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JACQUELINE S. THACKER, )
)
   Plaintiff, )
) Civil Action No. 7:16cv363
v. )
)
NANCY A. BERRYHILL, ) By: Michael F. Urbanski
Commissioner of Social Security, ) Chief United States District Judge
)
   Defendant. )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**, the report and recommendation (ECF No. 21) is **ADOPTED in its entirety**, plaintiff's objections (ECF No. 22) are **OVERRULED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 03-23-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge